UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CAROLYN A. DIXON,**

    **Plaintiff,**

v.                                                       Case No.  **8:07-cv-1942-T-30MAP**

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*.  On November 9, 2007, Magistrate Judge Mark A. Pizzo entered an Order granting Plaintiff thirty days to amend her complaint to conform to the requirements of Fed.R.Civ.P. 8(a).  While Plaintiff filed an Amended Complaint on December 4, 2007, it does not comply with the requirements of Rule 8(a). Accordingly, the Court must dismiss the Amended Complaint but will again grant Plaintiff leave to amend.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Amended Complaint (Dkt. 5) is hereby **DISMISSED** without prejudice.

2. Plaintiff shall have twenty days to amend her complaint to conform to the requirements of Fed.R.Civ.P. 8(a).  In order to avoid dismissal of this action, Plaintiff should allege she has exhausted all administrative remedies and

   identify the final decision of the Commissioner of Social Security for which she seeks review. Furthermore, Plaintiff is directed to state the legal basis of her marriage or assert allegations of fact that would entitle her to the benefits she seeks.

3. Plaintiff's failure to amend her complaint within twenty days will result in dismissal of this action without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on December 6, 2007.

              _____
              JAMES S. MOODY, JR.
              UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1942.amend complaint.frm