UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CAROLYN A. DIXON,**

    **Plaintiff,**

v.                                            Case No.  8:07-cv-1942-T-30MAP

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  On December 6, 2007, the Court dismissed Plaintiff's Amended Complaint without prejudice for failure to comply with the requirements of Fed.R.Civ.P. 8(a).  Plaintiff was provided an additional twenty days to amend the complaint accordingly, but has failed to do so.

It is therefore ORDERED AND ADJUDGED that

1. This action is **DISMISSED** without prejudice.
2. All pending motions are denied as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on January 2, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1942.dismissal.frm