**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CAROLYN A. DIXON,**

    **Plaintiff,**

v.                                                             Case No.  8:07-cv-1942-T-30MAP

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Reopen this case (Dkt. 8).  On January 2, 2008, the Court dismissed Plaintiff's Amended Complaint without prejudice and closed this case due to her continued failure to comply with Fed.R.Civ.P. 8(a).  Plaintiff has now moved to reopen her case and for an extension of time to reread Rule 8(a).  The Court, having reviewed Plaintiff's motion, and being otherwise fully advised in the premises, determines that it should be denied.

It is therefore ORDERED AND ADJUDGED that:

1.      Plaintiff's Motion to Reopen this case (Dkt. 8) is **DENIED**.

2.      Plaintiff may file a new lawsuit if she can comply with the requirements of Fed.R.Civ.P. 8(a).  The Court again reminds Plaintiff that, should she file a new lawsuit, her Complaint must set forth the basis for this Court's jurisdiction, specific facts about the nature of the alleged violations, grounds

upon which she seeks relief, and sufficient information for the Social Security Administration to respond to her claims.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1942.mt reopen.frm